UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEBRA FELDMAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-12030-IT |
| | * | |
| SHONDA RHIMES, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

September 17, 2014

TALWANI, D.J.

Defendants have filed three separate motions to dismiss [#57, 62, 68]. Currently at issue is Plaintiff Debra Feldman's <u>Motion for Extension of Time to Respond to Defendants' Motion as to Jurisdiction and Motion to Dismiss Under Rule 12(b)(6)</u> [#72], in which Feldman has requested additional time and additional pages to respond to Defendants' motions. Feldman has not specified whether she seeks to respond to each motion individually or in one consolidated opposition. Feldman's motion is ALLOWED as follows:

1. Feldman shall file her opposition, not to exceed twenty pages, to <u>Certain Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Lack of Personal Jurisdiction</u> [#62] no later than October 1, 2014.

2. Feldman shall file her opposition, not to exceed twenty pages, to <u>Motion to Dismiss the Complaint or, in the Alternative, for Summary Judgment by Defendants Davis Wright Tremaine LLP, Elizabeth McNamara, Monica Pa, Brown Rudnick LLP, Elizabeth Ritvo, and Steven Veenema</u> [#57] no later than October 15, 2014.

3. Feldman shall file her opposition, not to exceed twenty pages, to <u>Touchstone Defendants' Motion to Dismiss the Complaint for Failure to State a Claim</u> [#68] no later than October 29, 2014.

IT IS SO ORDERED.

Date: September 17, 2014

/s/ Indira Talwani
United States District Judge