UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBRA FELDMAN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 14-cv-12030-IT |
| | * |
| SHONDA RHIMES, et al., | * |
| | * |
| Defendants. | * |

ORDER

September 19, 2014

TALWANI, D.J.

This court issued an Order on September 17, 2014 [#73] directing Plaintiff Debra Feldman to file three separate oppositions to the pending motions to dismiss [#57, 62, 68], each opposition not to exceed twenty pages. Feldman's first opposition [#76] is thirty-four pages. This court requests that Feldman re-file, by the October 1, 2014 deadline specified in this court's last Order, a twenty-page opposition in place of the thirty-four-page opposition. Feldman need not re-file the exhibits that she attached to her first opposition.

If Feldman does not re-file her first opposition, this court will consider the thirty-four-page opposition, but, because Feldman submitted fourteen additional pages, she may use only twenty-six pages *total*, rather than forty pages total, for her second and third oppositions.

IT IS SO ORDERED.

                                                             /s/ Indira Talwani
                                                           United States District Judge